THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Ana Wolf Martinez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>ANA WOLF MARTINEZ,<br>　　　　Defendant. | CASE NO: 2:22-cr-00102-CDS-EJY |

Certification: This motion is timely filed.

### MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST

　　COMES NOW, Thomas A. Ericsson, Esq., CJA appointed attorney for the Defendant, ANA WOLF MARTINEZ, and moves this Court to enter an Order allowing him to withdraw as counsel and be removed from CM/ECF E-Notice list.

　　Ms. Wolf Martinez was sentenced by the Court on January 25, 2024. Counsel has finished his representation of Ms. Wolf Martinez in this matter.

1  Counsel respectfully requests an Order allowing him to withdraw as counsel
2  in this matter and be removed from CM/ECF E-Notice list.

4  DATED this 14th day of February 2024.

By: /s/ *Thomas A. Ericsson*
THOMAS A. ERICSSON, ESQ.
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, NV 89144
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 20, 2024

2